1

## INDEX OF EXHIBITS

2

Exhibit 1       Sasha Molina Interview Audio on CD (see Non-Electronic Exhibits)
3
Exhibit 2       Cellebrite Report Item 131 - Snapchat 2601174237439216819 07.23.16
                Dalvin Hollins
4
Exhibit 3       Cellebrite Report Item 129 – Snapchat 7679278015219196827 07.23.16
5               Dalvin Hollins
Exhibit 4       Nicholas Walton Interview Audio on CD (see Non-Electronic Exhibits)
6
Exhibit 5       Walgreens Video 7.22.2016 on CD (see Non-Electronic Exhibits) and photo
                stills from Walgreens Video 7.22.2016
7
Exhibit 6       LG Cellebrite Report at p. 1547
8
Exhibit 7       Cellebrite Report p. 2733 Snapchat 3422088653997444201 Dalvin Hollins
Exhibit 8       Raul Nido Interview on CD (see Non-Electronic Exhibits)
9
Exhibit 9       Photos Stills from Walgreens Surveillance Video TE272402-1 07.27.16
10
Exhibit 10      Don Hartwig Interview on CD (see Non-Electronic Exhibits)
Exhibit 11      Paul Allen Interview on CD (see Non-Electronic Exhibits)
11
Exhibit 12      General Offense Report TE2016-87269 p. 58 FU Report #9 Amy Orr
12
Exhibit 13      Radio Traffic Disk 1 Tracks 4 and 6 on CD (see Non-Electronic Exhibits)
Exhibit 14      Edward Ouimette interview Outside on CD (see Non-Electronic Exhibits)
13
Exhibit 15      Terry Spencer Interview on CD (see Non-Electronic Exhibits)
14
Exhibit 16      Edward Ouimette deposition transcript
Exhibit 17      General Offense Report 16-087276 p. 111 FU Report #21 Charles Pheanis
15
Exhibit 18      Photos Dalvin Hollins
16
Exhibit 19      Terry Spencer deposition transcript
Exhibit 20      Edward Ouimette interview Inside on CD (see Non-Electronic Exhibits)
17
Exhibit 21      Edward Ouimette interview transcript (Inside)
18
Exhibit 22      Walter Ramos deposition transcript
Exhibit 23      Dawn Rice deposition transcript
19
Exhibit 24      Luis Flores interview on CD (see Non-Electronic Exhibits)
20
Exhibit 25      Marlon Cruz deposition transcript
Exhibit 26      Miller body worn camera video on CD (see Non-Electronic Exhibits)
21
Exhibit 27      Photo of maintenance shed 16-087276_0821.jpg
22
Exhibit 28      Interior photos of maintenance shed
Exhibit 29      Tempe Fire Department pre-hospital report
23
Exhibit 30      State of Arizona Certificate of Death
24
Exhibit 31      Photo of Dalvin Hollins 16_087276_0321
Exhibit 32      Crime Scene Diagram of maintenance shed Interior
25
Exhibit 33      Medical Examiner Report
Exhibit 34      Personnel file Edward Ouimette
26
Exhibit 35      Alisha Bogus deposition transcript
Exhibit 36      Alan Akey deposition transcript
27
Exhibit 37      Angel Carbajal deposition transcript
28

# EXHIBIT 1

Exhibit Non-Electronic Exhibit on CD

**EXHIBIT 2**

| # | | | Size (bytes) | | | |
|---|---|---|---|---|---|---|
| 129 | Name: | Snapchat-7679278015219196827.mp4 | Size (bytes): | 726842 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-7679278015219196827.mp4 | Created: | 7/23/2016 7:13:28 PM(UTC-7) | | |
| | | | Modified: | 7/23/2016 7:13:28 PM(UTC-7) | | |
| | MD5: | 421ced3ebf13f9fb11e80b9825e77355 | Accessed: | 7/23/2016 7:13:28 PM(UTC-7) | | |
| 130 | Name: | dbf8353a-49dd-41f3-aee8-f52c5b2b76f5.local | Size (bytes): | 6495306 | |  |
| | Path: | data/Root/data/com.snapchat.android/dbf8353a-49dd-41f3-aee8-f52c5b2b76f5.local | Created: | 7/23/2016 10:17:21 AM(UTC-7) | | |
| | | | Modified: | 7/23/2016 10:17:21 AM(UTC-7) | | |
| | MD5: | 4984645748f1b43e42facc077c242876 | Accessed: | 7/23/2016 10:17:21 AM(UTC-7) | | |
| 131 | Name: | Snapchat-2601174237439216819.mp4 | Size (bytes): | 1706419 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-2601174237439216819.mp4 | Created: | 7/23/2016 10:17:20 AM(UTC-7) | | |
| | | | Modified: | 7/23/2016 10:17:20 AM(UTC-7) | | |
| | MD5: | b3d204ff848ef2519dbb4fb1ddf7257f | Accessed: | 7/23/2016 10:17:20 AM(UTC-7) | | |
| 132 | Name: | 20160723_015222.mp4 | Size (bytes): | 14228998 | |  |
| | Path: | data/Root/media/0/DCIM/Camera/20160723_015222.mp4 | Created: | 7/23/2016 1:52:22 AM(UTC-7) | | |
| | | | Modified: | 7/23/2016 1:52:33 AM(UTC-7) | | |
| | MD5: | a98370f796718cc3e817c9b7fc7a9712 | Accessed: | 7/23/2016 1:52:22 AM(UTC-7) | | |
| | Duplicates(1) | | | | | |
| 133 | Name: | e1939d68-2c66-46fc-afbb-58212da5b3bf.local | Size (bytes): | 6474555 | |  |
| | Path: | data/Root/data/com.snapchat.android/files/gallery/e1939d68-2c66-46fc-afbb-58212da5b3bf.local | Created: | 7/22/2016 8:12:49 AM(UTC-7) | | |
| | | | Modified: | 7/22/2016 8:12:49 AM(UTC-7) | | |
| | MD5: | dbd51d23108620d7027f6604bcc1959a | Accessed: | 7/22/2016 8:12:49 AM(UTC-7) | | |
| 134 | Name: | Snapchat-5066226279301994599.mp4 | Size (bytes): | 5169078 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-5066226279301994599.mp4 | Created: | 7/22/2016 8:12:48 AM(UTC-7) | | |
| | | | Modified: | 7/22/2016 8:13:01 AM(UTC-7) | | |
| | MD5: | bb99ff31fddc35f14dcab2201c7ad7a9 | Accessed: | 7/22/2016 8:12:48 AM(UTC-7) | | |
| 135 | Name: | 65bbc864-5079-427f-bfb3-fded67e8095e.local | Size (bytes): | 6505023 | |  |
| | Path: | data/Root/data/com.snapchat.android/files/gallery/65bbc864-5079-427f-bfb3-fded67e8095e.local | Created: | 7/21/2016 7:57:56 AM(UTC-7) | | |
| | | | Modified: | 7/21/2016 7:57:56 AM(UTC-7) | | |
| | MD5: | 872b87e5d785f05074dd93a86ec82bb5 | Accessed: | 7/21/2016 7:57:56 AM(UTC-7) | | |
| 136 | Name: | Snapchat-7662798397092356120.mp4 | Size (bytes): | 5198276 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-7662798397092356120.mp4 | Created: | 7/21/2016 7:57:55 AM(UTC-7) | | |
| | | | Modified: | 7/21/2016 7:58:06 AM(UTC-7) | | |
| | MD5: | ffe52c87618f1abef8f395564e0bf895 | Accessed: | 7/21/2016 7:57:55 AM(UTC-7) | | |
| 137 | Name: | 9c557bae-9cf0-4953-b917-57ff037f873f.local | Size (bytes): | 6481421 | |  |
| | Path: | data/Root/data/com.snapchat.android/files/gallery/9c557bae-9cf0-4953-b917-57ff037f873f.local | Created: | 7/20/2016 11:32:53 AM(UTC-7) | | |
| | | | Modified: | 7/20/2016 11:32:53 AM(UTC-7) | | |
| | MD5: | 3d9262afdfe676386a8c29e1f81dcbbe | Accessed: | 7/20/2016 11:32:53 AM(UTC-7) | | |
| 138 | Name: | Snapchat-649562499118625312.mp4 | Size (bytes): | 5187701 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-649562499118625312.mp4 | Created: | 7/20/2016 11:32:52 AM(UTC-7) | | |
| | | | Modified: | 7/20/2016 11:33:09 AM(UTC-7) | | |
| | MD5: | 5168c216ffef1a11e7abdee8c3c21afd | Accessed: | 7/20/2016 11:32:52 AM(UTC-7) | | |
| 139 | Name: | 34ac0bb0-6d11-4352-8811-e80929ac1d1e.local | Size (bytes): | 6250716 | |  |
| | Path: | data/Root/data/com.snapchat.android/files/gallery/34ac0bb0-6d11-4352-8811-e80929ac1d1e.local | Created: | 7/19/2016 10:01:02 AM(UTC-7) | | |
| | | | Modified: | 7/19/2016 10:01:02 AM(UTC-7) | | |
| | MD5: | af91f836425a0271486cbb454f960a23 | Accessed: | 7/19/2016 10:01:02 AM(UTC-7) | | |
| 140 | Name: | Snapchat-4326133729605169452.mp4 | Size (bytes): | 5030480 | |  |
| | Path: | data/Root/media/0/Snapchat/Snapchat-4326133729605169452.mp4 | Created: | 7/19/2016 10:01:01 AM(UTC-7) | | |
| | | | Modified: | 7/19/2016 10:01:17 AM(UTC-7) | | |
| | MD5: | fd6a57832d9fc919a088c11b7fe0bc22 | Accessed: | 7/19/2016 10:01:01 AM(UTC-7) | | |

# EXHIBIT 3

| # | Name/Path/MD5 | Size (bytes) | | |
|---|---|---|---|---|
| 129 | Name: Snapchat-767927801521919 66827.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-7679278015219196827.mp4<br>MD5: 421ced3ebf13f9fb11e80b9825e77355 | Size (bytes): Created: 7/23/2016 7:13:28 PM(UTC-7)<br>Modified: 7/23/2016 7:13:28 PM(UTC-7)<br>Accessed: 7/23/2016 7:13:28 PM(UTC-7) | | |
| 130 | Name: dbf8353a-49dd-41f3-aee8-f52c5b2b76f5.local<br>Path: data/Root/data/com.snapchat.android/files/gallery/dbf8353a-49dd-41f3-aee8-f52c5b2b76f5.local<br>MD5: 4984465748f1b43e42facc077c242876 | Size (bytes): 6495306<br>Created: 7/23/2016 10:17:21 AM(UTC-7)<br>Modified: 7/23/2016 10:17:21 AM(UTC-7)<br>Accessed: 7/23/2016 10:17:21 AM(UTC-7) | | |
| 131 | Name: Snapchat-2601174237439216819.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-2601174237439216819.mp4<br>MD5: b3d204ff848ef2519dbb4fb1ddf7257f | Size (bytes): 1706419<br>Created: 7/23/2016 10:17:20 AM(UTC-7)<br>Modified: 7/23/2016 10:17:20 AM(UTC-7)<br>Accessed: 7/23/2016 10:17:20 AM(UTC-7) | | |
| 132 | Name: 20160723_015222.mp4<br>Path: data/Root/media/0/DCIM/Camera/20160723_015222.mp4<br>MD5: a98370f796718cc3e817c9b7fc7a9712<br>Duplicates(1) | Size (bytes): 14228998<br>Created: 7/23/2016 1:52:22 AM(UTC-7)<br>Modified: 7/23/2016 1:52:33 AM(UTC-7)<br>Accessed: 7/23/2016 1:52:22 AM(UTC-7) | | |
| 133 | Name: e1939d68-2c66-46fc-afbb-58212da5b3bf.local<br>Path: data/Root/data/com.snapchat.android/files/gallery/e1939d68-2c66-46fc-afbb-58212da5b3bf.local<br>MD5: dbd51d23108620d7027f6604bcc1959a | Size (bytes): 6474555<br>Created: 7/22/2016 8:12:49 AM(UTC-7)<br>Modified: 7/22/2016 8:12:49 AM(UTC-7)<br>Accessed: 7/22/2016 8:12:49 AM(UTC-7) | | |
| 134 | Name: Snapchat-5066226279301994599.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-5066226279301994599.mp4<br>MD5: bb99ff31fddc35f14dcab2201c7ad7a9 | Size (bytes): 5169078<br>Created: 7/22/2016 8:12:48 AM(UTC-7)<br>Modified: 7/22/2016 8:13:01 AM(UTC-7)<br>Accessed: 7/22/2016 8:12:48 AM(UTC-7) | | |
| 135 | Name: 65bbc864-5079-427f-bfb3-fded67e8095e.local<br>Path: data/Root/data/com.snapchat.android/files/gallery/65bbc864-5079-427f-bfb3-fded67e8095e.local<br>MD5: 872b87e5d785f05074dd93a86ec82bb5 | Size (bytes): 6505023<br>Created: 7/21/2016 7:57:56 AM(UTC-7)<br>Modified: 7/21/2016 7:57:56 AM(UTC-7)<br>Accessed: 7/21/2016 7:57:56 AM(UTC-7) | | |
| 136 | Name: Snapchat-7662798397092356120.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-7662798397092356120.mp4<br>MD5: ffe52c87618f1abef8f395564e0bf895 | Size (bytes): 5198276<br>Created: 7/21/2016 7:57:55 AM(UTC-7)<br>Modified: 7/21/2016 7:58:06 AM(UTC-7)<br>Accessed: 7/21/2016 7:57:55 AM(UTC-7) | | |
| 137 | Name: 9c557bae-9cf0-4953-b917-57ff037f873f.local<br>Path: data/Root/data/com.snapchat.android/files/gallery/9c557bae-9cf0-4953-b917-57ff037f873f.local<br>MD5: 3d9262afdfe676386a8c29e1f81dcbbe | Size (bytes): 6481421<br>Created: 7/20/2016 11:32:53 AM(UTC-7)<br>Modified: 7/20/2016 11:32:53 AM(UTC-7)<br>Accessed: 7/20/2016 11:32:53 AM(UTC-7) | | |
| 138 | Name: Snapchat-649562499118625312.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-649562499118625312.mp4<br>MD5: 5168c216ffef1a11e7abdee8c3c21afd | Size (bytes): 5187701<br>Created: 7/20/2016 11:32:52 AM(UTC-7)<br>Modified: 7/20/2016 11:33:09 AM(UTC-7)<br>Accessed: 7/20/2016 11:32:52 AM(UTC-7) | | |
| 139 | Name: 34ac0bb0-6d11-4352-8811-e80929ac1d1e.local<br>Path: data/Root/data/com.snapchat.android/files/gallery/34ac0bb0-6d11-4352-8811-e80929ac1d1e.local<br>MD5: af91f836425a0271486cbb454f960a23 | Size (bytes): 6250716<br>Created: 7/19/2016 10:01:02 AM(UTC-7)<br>Modified: 7/19/2016 10:01:02 AM(UTC-7)<br>Accessed: 7/19/2016 10:01:02 AM(UTC-7) | | |
| 140 | Name: Snapchat-4326133729605169452.mp4<br>Path: data/Root/media/0/Snapchat/Snapchat-4326133729605169452.mp4<br>MD5: fd6a57832d9fc919a088c11b7fe0bc22 | Size (bytes): 5030480<br>Created: 7/19/2016 10:01:01 AM(UTC-7)<br>Modified: 7/19/2016 10:01:17 AM(UTC-7)<br>Accessed: 7/19/2016 10:01:01 AM(UTC-7) | | |

# EXHIBIT 4

Exhibit Non-Electronic Exhibit on CD

# EXHIBIT 5























Exhibit Non-Electronic Exhibit on CD

# EXHIBIT 6

| 10231 | Cell Towers | | | | 7/27/2016 7:30:38 AM(UTC-7) | | | |
| 10232 | Locations | | | | 7/27/2016 7:31:26 AM(UTC-7) | | GSM Cell Tower MCC: 310 MNC: 260 LAC: 13409 CID: 22226691: Maps - Navigation & Transit | |
| 10233 | Cell Towers | | | | 7/27/2016 7:31:26 AM(UTC-7) | | | |
| 10234 | Call Log | Outgoing | | | 7/27/2016 7:32:55 AM(UTC-7) | To: +14043337634 | | |
| 10235 | Call Log | Outgoing | | | 7/27/2016 7:33:49 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10236 | Call Log | Outgoing | | | 7/27/2016 7:34:43 AM(UTC-7) | To: +14043337634 | | |
| 10237 | Call Log | Outgoing | | | 7/27/2016 7:35:38 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10238 | Call Log | Outgoing | | | 7/27/2016 7:37:32 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10239 | Call Log | Outgoing | | | 7/27/2016 7:38:17 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10240 | Call Log | Outgoing | | | 7/27/2016 7:40:01 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10241 | SMS Messages | Incoming | | | 7/27/2016 7:42:03 AM(UTC-7) | From: +14807371611 Fresh | Wassup | |
| 10242 | Call Log | Outgoing | | | 7/27/2016 7:42:11 AM(UTC-7) | To: +14807371611 Fresh | | |
| 10243 | SMS Messages | Outgoing | | | 7/27/2016 7:43:25 AM(UTC-7) | To: +14807371611 Fresh | Imma hit my lean jug rn | |
| 10244 | SMS Messages | Outgoing | | | 7/27/2016 7:43:33 AM(UTC-7) | To: +14807371611 Fresh | You tryn to take me | |
| 10245 | Call Log | Incoming | | | 7/27/2016 7:43:55 AM(UTC-7) | From: +14807371611 Fresh | | |
| 10246 | SMS Messages | Outgoing | | | 7/27/2016 7:46:17 AM(UTC-7) | To: +14807371611 Fresh | Is the bag in tha car | |
| 10247 | Call Log | Outgoing | | | 7/27/2016 7:46:33 AM(UTC-7) | To: 4805865006 Von | | |
| 10248 | Instant Messages | | | | 7/27/2016 7:47:38 AM(UTC-7) | From: magicc_pandaa Melanieee | | Yes |
| 10249 | Call Log | | | | 7/27/2016 7:50:49 AM(UTC-7) | +14807371611 Fresh | | |
| 10250 | Call Log | | | | 7/27/2016 7:51:37 AM(UTC-7) | +14807371611 Fresh | | |
| 10251 | Call Log | | | | 7/27/2016 7:52:21 AM(UTC-7) | +14807371611 Fresh | | |
| 10252 | Instant Messages | | | | 7/27/2016 8:03:46 AM(UTC-7) | From: asapleez Almighty_Guuwop | | |
| 10253 | Call Log | Outgoing | | | 7/27/2016 8:09:47 AM(UTC-7) | To: 6023237780 Mom | | |
| 10254 | Call Log | Outgoing | | | 7/27/2016 8:10:45 AM(UTC-7) | To: 6023237780 Mom | | |
| 10255 | Instant Messages | | | | 7/27/2016 8:19:29 AM(UTC-7) | From: its_marialugo its_marialugo | How she sleeps love you baby you're always on my mind | Yes |
| 10256 | Call Log | Outgoing | | | 7/27/2016 8:20:38 AM(UTC-7) | To: 4805865006 Von | | |
| 10257 | Call Log | Outgoing | | | 7/27/2016 8:21:24 AM(UTC-7) | To: +13134027466 Kris | | |
| 10258 | Call Log | | | | 7/27/2016 8:22:21 AM(UTC-7) | +16023237780 Mom | | |
| 10259 | Call Log | Outgoing | | | 7/27/2016 8:30:43 AM(UTC-7) | To: +16023237780 Mom | | |
| 10260 | Call Log | Incoming | | | 7/27/2016 8:34:55 AM(UTC-7) | From: +16023237780 Mom | | |
| 10261 | SMS Messages | Incoming | | | 7/27/2016 8:53:36 AM(UTC-7) | From: +14805865006 Von | Bro is that you calling me hella early | |

1547

**EXHIBIT 7**

| 1948 | Name: | wp_preferences.xml | Size (bytes): | 718 |
|---|---|---|---|---|
| | Path: | data/Root/data/com.whitepages.nameid.t mobile/shared_prefs/wp_preferences.xml | Created: | 7/27/2016 5:39:01 AM(UTC-7) |
| | | | Modified: | 7/27/2016 5:39:01 AM(UTC-7) |
| | MD5: | 2861777c04f419e232a42597adc87bda | Accessed: | 7/27/2016 5:39:01 AM(UTC-7) |
| 1949 | Name: | youtube.xml | Size (bytes): | 657 |
| | Path: | data/Root/data/com.google.android.videos /shared_prefs/youtube.xml | Created: | 7/1/2016 1:39:26 PM(UTC-7) |
| | | | Modified: | 7/1/2016 1:39:26 PM(UTC-7) |
| | MD5: | 8fcc253bbf4cd82159d312701d631622 | Accessed: | 7/1/2016 1:39:26 PM(UTC-7) |
| 1950 | Name: | youtube.xml | Size (bytes): | 11644 |
| | Path: | data/Root/data/com.google.android.youtu be/shared_prefs/youtube.xml | Created: | 7/27/2016 5:39:02 AM(UTC-7) |
| | | | Modified: | 7/27/2016 5:39:02 AM(UTC-7) |
| | MD5: | 29776e2d6b5af30943ad54cdbb99f006 | Accessed: | 7/27/2016 5:39:02 AM(UTC-7) |
| 1951 | Name: | zone_state.txt | Size (bytes): | 167 |
| | Path: | data/Root/data/com.ketchapp.stack/files/a dc/data/zone_state.txt | Created: | 7/1/2016 9:14:42 PM(UTC-7) |
| | | | Modified: | 7/11/2016 5:40:51 PM(UTC-7) |
| | MD5: | e3473fbd2ec8162be02e9d4e6ae3bb6d | Accessed: | 7/1/2016 9:14:42 PM(UTC-7) |

## Videos (196)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: | 56ad23e9-eb44-4d7a-8dbb-a9bbdf41bbdc.local | Size (bytes): | 6539571 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/files/gallery/56ad23e9-eb44-4d7a-8dbb-a9bbdf41bbdc.local | Created: | 7/27/2016 8:33:07 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 8:33:08 AM(UTC-7) | | |
| | MD5: | 29a7f00491b64b86d679d0c4f0622 90d | Accessed: | 7/27/2016 8:33:07 AM(UTC-7) | | |
| 2 | Name: | Snapchat-3422088653997444201.mp4 | Size (bytes): | 5215035 | | |
| | Path: | data/Root/media/0/Snapchat/Snap chat-3422088653997444201.mp4 | Created: | 7/27/2016 8:33:06 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 8:33:17 AM(UTC-7) | | |
| | MD5: | dcfd419d9326fe18552771bb850b6 c69 | Accessed: | 7/27/2016 8:33:06 AM(UTC-7) | | |
| 3 | Name: | tracked_video_1333586339063988 532.mp4.nomedia | Size (bytes): | 1710830 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/cache/snaps/preview/tracked_v ideo_1333586339063988532.mp4. nomedia | Created: | 7/27/2016 8:03:44 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 8:04:01 AM(UTC-7) | | |
| | MD5: | b6bc84e633b44cbc1a6358c52c09 3498 | Accessed: | 7/27/2016 8:03:44 AM(UTC-7) | | |
| 4 | Name: | 2644742e-10fd-4835-8dd9-35cd84177fe1 | Size (bytes): | 302111 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/files/media_cache/c5fcdc3d8c4 08974fd999f491d75364d/2644742 e-10fd-4835-8dd9-35cd84177fe1 | Created: | 7/27/2016 7:15:36 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 7:15:36 AM(UTC-7) | | |
| | MD5: | c005f5d53f21965a244c235a26dd9 9d8 | Accessed: | 7/27/2016 7:15:36 AM(UTC-7) | | |
| 5 | Name: | db84fbaa-0d46-40c9-b733-2502a357e69b | Size (bytes): | 407501 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/files/media_cache/ad7b2d71f4a 2817c0019d4f0622cfda0/db84fbaa -0d46-40c9-b733-2502a357e69b | Created: | 7/27/2016 7:15:36 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 7:15:37 AM(UTC-7) | | |
| | MD5: | 58206d453cdba0d5ed06ad2bb570 c129 | Accessed: | 7/27/2016 7:15:36 AM(UTC-7) | | |
| | Duplicates(1) | | | | | |
| 6 | Name: | 1184a4d5-5ea3-4d03-a2e5-76e986880db3 | Size (bytes): | 200173 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/files/media_cache/34505e9efec f0e3975a0a80a2e116d74/1184a4d 5-5ea3-4d03-a2e5-76e986880db3 | Created: | 7/27/2016 7:15:35 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 7:15:35 AM(UTC-7) | | |
| | MD5: | 5cdc80f4c95ba6886b169b2bd3fffb 19 | Accessed: | 7/27/2016 7:15:35 AM(UTC-7) | | |
| 7 | Name: | tracked_video_5313411520087749 465.mp4.nomedia | Size (bytes): | 1702729 | | |
| | Path: | data/Root/data/com.snapchat.andr oid/cache/snaps/preview/tracked_v ideo_5313411520087749465.mp4. nomedia | Created: | 7/27/2016 6:33:10 AM(UTC-7) | | |
| | | | Modified: | 7/27/2016 6:33:23 AM(UTC-7) | | |
| | MD5: | b307eda0cc2e5fb091d392c03464c 4cc | Accessed: | 7/27/2016 6:33:10 AM(UTC-7) | | |
| | Duplicates(1) | | | | | |

**EXHIBIT 8**

Exhibit Non-Electronic Exhibit on CD