## Plaintiffs' Index of Exhibits

| Exhibit # | Description |
|---|---|
| 1 | Radio Traffic Disk 1 Track 3 |
| 2 | Radio Traffic Disk 1 Track 4 |
| 3 | TPD 911 Call log re: TE16-87269 dated 7/29/19 |
| 4 | Ltn. J. Thompson's July 5, 2017 Internal Affairs Administrative Review Report |
| 5 | Transcript of Detective Akey's 7-29-16 walk through interview of Defendant Ouimette |
| 6 | April 17, 2018 Deposition of Edward Ouimette |
| 6(a) | Marked Exhibit 6 from Deposition of Edward Ouimette (Photo of Dalvin's gunshot wound) |
| 6(b) | Marked Exhibit 7 from Deposition of Edward Ouimette (Photo of Dalvin's gunshot wound) |
| 7 | TPD Call log 16-87269 |
| 8 | OIS Timeline of Police Response Created by Detective Alan Akey |
| 9 | Transcript of Detective Akey's 7-29-16 Interview of Defendant Ouimette |
| 10 | Radio Traffic Disk 1 Track 6 |
| 11 | March 6, 2018 Deposition of Terry Spencer |
| 11(a) | Marked Exhibit 7 from Deposition of Terry Spencer (911 call log re: July 27, 2016) |
| 12 | Radio Traffic Disk 1 track 7 |
| 13 | June 5, 2018 Deposition of Maricopa Medical Examiner, Alicia Bogus. M.D |
| 13(a) | Marked Exhibit 1 from Deposition of Dr. Alisha Bogus (Medical Examiner's Report) |
| 13(b) | Marked Exhibit 3 from Deposition of Dr. Alisha Bogus (Dalvin Death Certificate) |
| 14 | Picture of Dalvin Hollins' back wound |
| 15 | May 22, 2018 Deposition of Alan George DeChant Akey |
| 16 | Expert Opinion Report of Jeffeory G. Hynes, Ed.D. |
| 17 | May 4, 2018 Deposition of Walter Ramos |
| 17(a) | Marked Exhibits 1 and 2 from Deposition of Walter Ramos (Westchester Senior Living Maps) |
| 17(b) | Marked Exhibit 4 from Deposition of Walter Ramos (Westchester Senior Living Facility Picture) |
| 17(c) | Marked Exhibit 5 from Walter Ramos Deposition (Westchester Senior Living Facility Picture) |
| 18 | Police Report re: TE 2016-87276 (Report #13 Gabriel Gomez Narrative: Interview with Laurie Ann Schmidt) |
| 19 | May 4, 2018 Deposition of Dawn Rice |
| 19(a) | Marked Exhibit 1 from Dawn Rice Deposition (Westchester Senior Living Map) |

## Plaintiffs' Index of Exhibits

| | |
|---|---|
| 20 | April 10, 2018 Deposition of Marlon Cruz |
| 21 | Police Report re: TE 2016-87276 (Detective Edward Hache Report #11: Telephone Interview of Allison Porter Narrative) |
| 22 | Police Report re: TE 2016-87276 (Report #13 Gabriel Gomez Narrative: Interview with Sarah Reynolds) |
| 23 | Edward Ouimette's AXON Body Camera Footage |
| 24 | Police Report re: TE 2016-87276 Sergeant Timothy Bulson Police Report Narrative dated 7/28/16 |
| 25 | Tempe Police Report (Full) Report# 2016-87276 |
| 26 | Tempe Police Report: Report #2016-87269 (Report #9 Amy Orr Interview with Nicholas Walton) |
| 27 | Sergeant Timothy Bulson Body Worn Camera Footage 1 |
| 28 | Sergeant Timothy Bulson Body Worn Camera Footage 2 |
| 29 | Tempe Police Report: Report #2016-87276 (Report #1 Charles Corning Police Report Narrative) |
| 30 | TFMRD Pre-Hospital Care Report for Dalvin Hollins |
| 31 | Tempe Police Report: Report #2016-87276 (Report #10 Thomas Obrien Police Report Narrative) |
| 32 | LG Cellebrite Extraction Report at p. 1 |
| 33 | Expert Report of Edward B. Cooper, M.D |
| 34 | May 25, 2018 Deposition of Angel Carbajal |
| 34(a) | Marked Exhibit 1 from Angel Carbajal Deposition (Use of Force Policy) |
| 34(b) | Marked Exhibit 2 from Angel Carbajal Deposition (Ouimette's Shooting Record) |
| 35 | Edward Ouimette Banner Medical Records (Subject to Protective Order) |
| 36 | Edward Ouimette HR Documents |
| 37 | Tempe Police Report: Report #2016-87269 (Officer James Watts Police Report Narrative) |
| 38 | Photos of Westchester |
| 39 | Sarah Coleman Affidavit |