UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARAH COLEMAN, individually and as a Personal Representative of the Estate of deceased Dalvin Hollins; CALVIN HOLLINS, a single man, on behalf of himself as Father of Decedent Dalvin Hollins, and on behalf of all statutory beneficiaries of Decedent Dalvin Harris,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CITY OF TEMPE, a municipal entity; EDWARD OUIMETTE, an individual, acting under the color of law,<br><br>        Defendants-Appellants,<br><br> and<br><br>SYLVIA M. MOIR, in her official capacity as Chief of Police of Tempe City, Arizona; et al.,<br><br>        Defendants. | No.   19-16897<br><br>D.C. Nos.   2:17-cv-02570-DLR<br>              2:17-cv-02571-DLR<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: PAEZ, M. SMITH, and N.R. SMITH, Circuit Judges.

We have reviewed the responses to the court's October 10, 2019 order to show cause why this interlocutory appeal should not be dismissed for lack of jurisdiction, and we conclude that we lack jurisdiction over this appeal. *See Maropulos v. County of Los Angeles*, 560 F.3d 974, 975 (9th Cir. 2009) ("[A]n

sz/MOATT

order denying qualified immunity on the ground that a genuine issue of material fact exists is not a final, immediately appealable order."); *see also Rodriguez v. County of Los Angeles*, 891 F.3d 776, 791 (9th Cir. 2018).  Thus, we dismiss this appeal for lack of jurisdiction.

**DISMISSED.**